MEMPHIS & ST. FRANCIS PLANK ROAD CO. VS. RIVES ET AL.

*Appeal from Phillips Circuit Court.*

Judgment reversed—per COMPTON, J.